| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Sweet, Robert W. | 2. Court or Organization U.S. District Court | 3. Date of Report 05/15/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge (Senior status) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address Federal Court House 500 Pearl St - Room 1920 New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date _____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | The Constitution Works |
| 2. Member, Board of Directors | World Figure Skating Museum |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 19 AM 24 FINANCIAL DISCLOSURE OFFICE

Sweet, Robert W.

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 09/23/09 | Federal grant - Foreign Rule of Law Seminar in Iraq sponsored by the Dept of State | $1,531.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | MDL Conference sponsored by the AVABA | Oct 22, 2009 | Washington, DC | Conference attendee | Reimbursement received for transportation and miscellaneous expenses - $473 |
| 2. | Foreign Rule of Law Seminar sponsored by Dept of State | Oct 02 - Oct 10, 2009 | Iraq | Conference attendee | Reimbursement for miscellaneous expenses - $425. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. United Dominion Realty Trust | B | Dividend | | | Sold | 06/05 | J | E | |
| 2. Wyeth | A | Dividend | | | Merged (with line 3) | 10/16 | K | E | |
| 3. Pfizer | A | Dividend | J | T | | | | | |
| 4. IBM | A | Dividend | K | T | | | | | |
| 5. Walt Disney Company | A | Dividend | K | T | | | | | |
| 6. AT&T Corp | A | Dividend | J | T | | | | | |
| 7. Alcatel-Lucent | | None | J | T | | | | | |
| 8. 3M | B | Dividend | L | T | | | | | |
| 9. Imation Corp | A | Dividend | J | T | | | | | |
| 10. Proctor & Gamble Co | B | Dividend | K | T | | | | | |
| 11. General Electric Co. | A | Dividend | J | T | | | | | |
| 12. LSI Corp | | None | J | T | | | | | |
| 13. Comcast Corp | | None | J | T | | | | | |
| 14. Smucker J M Company | A | Dividend | J | T | | | | | |
| 15. Citadel Broadcasting | | None | J | T | | | | | |
| 16. Amazon.com Inc. | | None | K | T | | | | | |
| 17. Capital Assets Fund (a) | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Precision Castparts | | | | | Sold (part) | 09/23 | M | G | |
| 19. Precision Castparts | A | Dividend | M | T | Sold (part) | 10/14 | M | G | |
| 20. Wells Fargo Company | C | Dividend | M | T | | | | | |
| 21. General Electric | B | Dividend | K | T | | | | | |
| 22. Schlumberger Ltd | C | Dividend | M | T | Sold (part) | 10/23 | L | F | |
| 23. Transocean Inc | | None | K | T | | | | | |
| 24. Amazon.com Inc | | None | M | T | | | | | |
| 25. Ishares Comex Gold Trust | | None | K | T | | | | | |
| 26. Raytheon | | None | M | T | Buy | 10/14 | M | | |
| 27. Microsoft | A | Dividend | L | T | Buy | 10/19 | L | | |
| 28. L3 Communications | A | Dividend | L | T | Buy | 10/23 | L | | |
| 29. Proshares Ultrashort | | None | K | T | Buy | 08/07 | L | | |
| 30. USTN 3.125% due 04/15/09 | B | Interest | | | Matured | 04/15 | M | | |
| 31. USTN 4.75% due 02/28/09 | D | Interest | | | Matured | 07/18 | N | | |
| 32. USTN 1.375% TIP 7/15/18 | | None | O | T | Buy | 8/6 | N | | |
| 33. Fidelity Trust Co Int'l Money Market Fund (a) | B | Dividend | O | T | | | | | |
| 34. Knolls II Villa LP | | None | J | U | | | | | |

1. Income Gain Codes.          A = $1,000 or less          B = $1,001 - $2,500          C = $2,501 - $5,000          D = $5,001 - $15,000          E = $15,001 - $50,000
(See Columns B1 and D4)        F = $50,001 - $100,000      G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000 H2 = More than $5,000,000
2. Value Codes                 J = $15,000 or less         K = $15,001 - $50,000        L = $50,001 - $100,000       M = $100,001 - $250,000
(See Columns C1 and D3)        N = $250,001 - $500,000     O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000 P2 = $5,000,001 - $25,000,000
                               P3 = $25,000,001 - $50,000,000                            P4 - More than $50,000,000
3. Value Method Codes          Q = Appraisal               R = Cost (Real Estate Only)  S = Assessment               T = Cash Market
(See Column C2)                U = Book Value              V = Other                    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 35. | Estes - Sheridan LP | E | Distribution | J | U | | | | | |
| 36. | NP Stratham LLC | A | Distribution | M | U | | | | | |
| 37. | NP Dover LP | | None | J | U | | | | | |
| 38. | NP Nashua LLC | E | Distribution | M | U | | | | | |
| 39. | NP Fairhaven LLC | D | Distribution | J | U | | | | | |
| 40. | NP Hanson LLC | | None | J | U | | | | | |
| 41. | NP Portfolio Account LLC | E | Distribution | L | U | | | | | |
| 42. | NPS2 LLC | A | Distribution | J | U | | | | | |
| 43. | Execwest LLC | A | Distribution | K | U | | | | | |
| 44. | | | | | | | | | | |
| 45. | Trust #1 (lines 46 - 149) (b) | E | Distribution | O | T | | | | | |
| 46. | Abbott Labs | | | | | Buy | 10/26 | K | | |
| 47. | Accenture Ltd | | | | | Buy | 03/26 | K | | |
| 48. | Accenture Ltd | | | | | Merged (with line 49) | 09/01 | | | |
| 49. | Accenture PLC | | | | | | | | | |
| 50. | Accenture PLC | | | | | Sold (part) | 11/13 | J | B | |
| 51. | Ace Limited | | | | | Buy | 04/06 | J | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2) U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 52. Ace Limited | | | | | Buy (add'l) | 04/30 | J | | |
| 53. Ace Limited | | | | | Buy (add'l) | 05/14 | J | | |
| 54. Ace Limited | | | | | Sold (part) | 07/10 | J | A | |
| 55. Ace Limited | | | | | Buy (add'l) | 10/26 | J | | |
| 56. Aes Corp | | | | | Buy | 10/09 | K | | |
| 57. Altera Corp | | | | | Sold (part) | 02/17 | J | A | |
| 58. Altera Corp | | | | | Sold | 07/24 | J | | |
| 59. Amgen | | | | | Buy (add'l) | 04/13 | J | | |
| 60. Amgen | | | | | Buy (add'l) | 11/17 | J | | |
| 61. Anadarko Pete Corp | | | | | Buy | 08/12 | J | | |
| 62. Anadarko Pete Corp | | | | | Buy (add'l) | 11/17 | J | A | |
| 63. Anadarko Peter Corp | | | | | Sold | 12/17 | J | | |
| 64. Apollo Group | | | | | Buy | 04/06 | J | | |
| 65. Apollo Group | | | | | Buy (add'l) | 04/16 | J | | |
| 66. Applied Material Inc | | | | | Sold | 01/15 | J | | |
| 67. Autozone Inc. | | | | | Sold (part) | 02/26 | J | A | |
| 68. Autozone Inc. | | | | | Sold | 11/20 | J | C | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. BMC Software Inc. | | | | | Buy (add'l) | 01/26 | J | | |
| 70. BMC Software Inc | | | | | Buy (add'l) | 02/27 | J | | |
| 71. BMC Software Inc | | | | | Sold (part) | 07/13 | J | A | |
| 72. BMC Software Inc | | | | | Buy (add'l) | 08/12 | J | | |
| 73. BMC Software Inc | | | | | Buy (add'l) | 10/26 | J | | |
| 74. Burlington Northern | | | | | | | J | | |
| 75. Capital One Financial | | | | | Buy | 01/26 | J | | |
| 76. Capital One Financial | | | | | Buy (add'l) | 02/09 | J | | |
| 77. Capital One Financial | | | | | Sold (part) | 03/26 | J | | |
| 78. Capital One Financial | | | | | Sold (part) | 04/30 | J | | |
| 79. Capital One Financial | | | | | Sold | 05/14 | J | C | |
| 80. Computer Science | | | | | Buy | 03/13 | J | | |
| 81. Conagra Food | | | | | Buy | 06/30 | J | | |
| 82. Conagra Food | | | | | Buy (add'l) | 10/26 | J | | |
| 83. Cooper Industries | | | | | Sold (part) | 02/13 | J | | |
| 84. Cooper Industries | | | | | Sold | 10/13 | J | C | |
| 85. Exxon Mobil Corp | | | | | Sold (part) | 01/26 | K | D | |

| 1. Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Exxon Mobil Corp | | | | | Sold (part) | 04/13 | J | D | |
| 87. Exxon Mobile Corp | | | | | Sold (part) | 08/13 | K | E | |
| 88. General Electric | | | | | Sold | 04/02 | K | | |
| 89. General Mills | | | | | Sold | 05/29 | J | | |
| 90. Heinz, H J Co. | | | | | Buy | 01/26 | J | | |
| 91. Heinz, H J Co. | | | | | Sold | 06/25 | J | A | |
| 92. Hewlett Packard | | | | | Buy (add'l) | 01/26 | K | | |
| 93. Hewlett Packard | | | | | Sold (part) | 03/12 | J | | |
| 94. Hewlett Packard | | | | | Sold (part) | 10/29 | J | B | |
| 95. Hudson City Bancorp | | | | | Buy | 05/29 | J | | |
| 96. Hudson City Bancorp | | | | | Buy (add'l) | 10/26 | J | | |
| 97. Hudson City Bancorp | | | | | Sold | 11/17 | K | B | |
| 98. ITT Industries | | | | | | | | | |
| 99. IBM | | | | | Buy | 01/26 | J | | |
| 100. IBM | | | | | Buy (add'l) | 04/13 | J | | |
| 101. IBM | | | | | Buy (add'l) | 05/29 | J | | |
| 102. International Paper Co | | | | | Buy | 01/26 | J | | |

1. Income Gain Codes:     A = $1,000 or less          B = $1,001 - $2,500          C = $2,501 - $5,000          D = $5,001 - $15,000          F = $15,001 - $50,000
(See Columns B1 and D4)   F = $50,001 - $100,000      G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2. Value Codes            J = $15,000 or less         K = $15,001 - $50,000        L = $50,001 - $100,000        M = $100,001 - $250,000
(See Columns C1 and D3)   N = $250,001 - $500,000     O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
                          P3 = $25,000,001 - $50,000,000                            P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal               R = Cost (Real Estate Only)  S = Assessment                T = Cash Market
(See Column C2)           U = Book Value              V = Other                    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. KLA Tencor Corp | | | | | Buy | 01/26 | J | | |
| 104. KLA Tencor Corp | | | | | Buy (add'l) | 03/13 | J | | |
| 105. KLA Tencor Corp | | | | | Sold | 04/03 | J | A | |
| 106. Kraft Foods | | | | | Buy | 10/26 | K | | |
| 107. Kroger | | | | | Buy (add'l) | 08/12 | J | | |
| 108. Kroger | | | | | Buy (add'l) | 10/26 | | | |
| 109. Lauder Estee Co | | | | | Buy | 01/26 | J | | |
| 110. Lauder Estee Co | | | | | Sold | 02/09 | J | A | |
| 111. Lowes | | | | | Buy | 10/26 | K | | |
| 112. Lowes | | | | | Buy (add'l) | 10/29 | | | |
| 113. Marathon Oil | | | | | Buy | 08/12 | J | | |
| 114. Marathon Oil | | | | | Buy (add'l) | 11/17 | J | | |
| 115. McDonalds Corp | | | | | | | | | |
| 116. Microsoft | | | | | Buy | 01/26 | J | | |
| 117. Microsoft | | | | | Buy (add'l) | 06/25 | J | | |
| 118. Microsoft | | | | | Buy (add'l) | 11/13 | J | | |
| 119. Microsoft | | | | | Buy (add'l) | 11/19 | J | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. NRG Energy Inc | | | | | Buy | 01/26 | J | | |
| 121. NRG Energy Inc | | | | | Buy (add'l) | 08/14 | J | | |
| 122. Proctor & Gamble | | | | | Sold (part) | 05/29 | J | | |
| 123. Proctor & Gamble | | | | | Sold | 06/18 | J | | |
| 124. Qwest Comm | | | | | Buy | 01/26 | J | | |
| 125. Qwest Comm | | | | | Buy (add'l) | 03/27 | J | | |
| 126. Qwest Comm | | | | | Buy (add'l) | 10/26 | J | | |
| 127. Standard & Poors Dep Rcpt | | | | | Sold | 01/26 | M | | |
| 128. Symantec | | | | | Sold | 04/16 | J | B | |
| 129. Travelers Co | | | | | Buy (add'l) | 01/15 | J | | |
| 130. Travelers Co | | | | | Buy (add'l) | 07/13 | J | | |
| 131. Travelers Co | | | | | Buy (add'l) | 11/17 | J | | |
| 132. United Technologies | | | | | | | | | |
| 133. Unitedhealth Group | | | | | Buy | 10/26 | K | | |
| 134. WSTN Digital | | | | | Buy | 08/07 | J | | |
| 135. WSTN Digital | | | | | Buy (add'l) | 01/26 | J | | |
| 136. WSTN Digital | | | | | Buy (add'l) | 06/25 | J | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C - $2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L - $50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 - $1,000,001 - $5,000,000      P2 - $5,000,001 - $25,000,000
   P3 - $25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R - Cost (Real Estate Only)      S - Assessment      T =Cash Market
   (See Column C2)      U - Book Value      V - Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Wyeth | | | | | Sold (part) | 01/26 | J | E | |
| 138. Wyeth | | | | | Sold (part) | 04/13 | J | D | |
| 139. Wyeth | | | | | Merged (with line 140) | 10/16 | K | | |
| 140. Pfizer | | | | | Sold | 10/26 | K | C | |
| 141. Wal Mart (d) | | | | | | | | | |
| 142. Wal Mart | | | | | Buy (add'l) | 04/13 | J | | |
| 143. Wal Mart | | | | | Buy (add'l) | 08/12 | J | | |
| 144. Xilinx Inc | | | | | Buy | 01/26 | J | | |
| 145. Xilinx Inc | | | | | Sold (part) | 03/05 | J | | |
| 146. Xilinx Inc | | | | | Buy (add'l) | 10/26 | J | | |
| 147. Yum Brands | | | | | Buy | 10/26 | K | | |
| 148. Yum Brands | | | | | Buy (add'l) | 10/29 | J | | |
| 149. CMA Money Fund (a) | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. Trust #2 (lines 151-193) (b) | G | Distribution | P1 | T | | | | | |
| 152. USTN due 02/15/09 | | | | | Matured | 02/15 | N | | |
| 153. USTN due 05/31/09 | | | | | Matured | 05/31 | N | A | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
   (See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. USTN 1.875% due 7/15/19 | | | | | Buy | 08/06 | O | | |
| 155. USTN 1.375% due 7/15/18 | | | | | Buy | 01/14 | M | | |
| 156. USTN 1.375% due 7/15/18 | | | | | Sold | 10/26 | M | D | |
| 157. USTN 2.125% due 1/15/19 | | | | | Buy | 01/15 | N | | |
| 158. USTN 2.125% due 1/15/19 | | | | | Sold | 10/26 | N | C | |
| 159. Apple Inc | | | | | | | | | |
| 160. BP PLC | | | | | | | | | |
| 161. Dell Inc | | | | | Buy | 10/23 | L | | |
| 162. Del Monte Foods Co | | | | | Sold | 06/05 | J | D | |
| 163. Enro Pharmaceuticals | | | | | Buy | 05/18 | M | | |
| 164. Endro Pharmacauticals | | | | | Sold (part) | 05/09 | M | E | |
| 165. Forest Labs | | | | | Buy | 03/30 | L | | |
| 166. Gamestop Corp | | | | | Buy | 09/21 | M | | |
| 167. Gamestop Corp | | | | | Sold | 12/29 | L | | |
| 168. Garmin | | | | | Buy | 04/02 | M | | |
| 169. General Dynamics | | | | | Buy | 03/30 | K | | |
| 170. Gymboree | | | | | Buy | 03/30 | L | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment                T =Cash Market
   (See Column C2)            U =Book Value           V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Heinz, H.J. Co. | | | | | Sold | 05/07 | L | F | |
| 172. Herman Miller | | | | | Buy | 03/30 | L | | |
| 173. KBR Inc | | | | | Buy | 10/23 | L | | |
| 174. KBR Inc | | | | | Sold | 12/29 | L | | |
| 175. Kimberly Clark | | | | | Sold | 03/31 | L | F | |
| 176. Korn/ Ferry Int'l | | | | | Buy | 06/05 | L | | |
| 177. Medco Health Solutions | | | | | | | | | |
| 178. Merck & Co. | | | | | Sold | 06/05 | L | | |
| 179. Microsoft | | | | | Buy | 03/30 | L | | |
| 180. National Oilwell | | | | | Buy | 05/26 | L | | |
| 181. Nucor | | | | | Buy | 04/21 | L | | |
| 182. North Colorado Springs Land & Improvemnet Co. | | | | | | | | | |
| 183. Pfizer | | | | | Buy | 06/05 | L | | |
| 184. Pfizer | | | | | Sold | 11/13 | M | D | |
| 185. Pinnacle West Cap Corp | | | | | Sold | 03/31 | L | | |
| 186. Pitney Bowes Inc | | | | | Sold | 05/26 | L | F | |
| 187. Proshares Ultrashort | | | | | Buy | 05/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B $1,001 - $2,500 | C $2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 $1,000,001 - $5,000,000 | H2 More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L $50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Proshares Ultrashort | | | | | Buy (add'l) | 05/18 | K | | |
| 189. Proshares Ultrashort | | | | | Buy (add'l) | 08/07 | L | | |
| 190. Raytheon Co | | | | | Sold | 03/31 | K | B | |
| 191. Terra Industries | | | | | Buy | 05/07 | M | | |
| 192. Fiduciary Trust Int'l Money Market (a) | | | | | | | | | |
| 193. NW Global Partners LP (a/k/a NW Global Fund) | | | | | Redeemed (part) | 01/09 | O | | |
| 194. | | | | | | | | | |
| 195. Trust #3 (lines 195 - 220) (b) | D | Distribution | P1 | T | | | | | |
| 196. Fiduciary Trust Int'l Money Market (a) | | | | | | | | | |
| 197. USTN 4.875% due 05/31/09 | | | | | Matured | 05/31 | N | A | |
| 198. Amazon | | | | | Sold | 04/27 | M | D | |
| 199. Berkshire Hathaway | | | | | | | | | |
| 200. Flour | | | | | Buy | 12/29 | M | | |
| 201. Forest Labs | | | | | Buy | 10/14 | L | | |
| 202. General Dynamics | | | | | Buy | 07/30 | L | | |
| 203. General Dynamics | | | | | Sold | 12/29 | L | E | |
| 204. Nat'l Oilwell Varco | | | | | Buy | 07/30 | K | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Pacific Mercatile Banccorp | | | | | Sold | 05/26 | L | | |
| 206. Proshares Ultrashort | | | | | Buy | 02/13 | K | | |
| 207. SPDR Gold Trust | | | | | | | | | |
| 208. Terra Induatries | | | | | Buy | 05/26 | L | | |
| 209. Terra Industries | | | | | Buy (add'l) | 06/05 | K | | |
| 210. Estes - Sheridan LP | | | | | | | | | |
| 211. NP Strathan LLC | | | | | | | | | |
| 212. NP Dover LLC | | | | | | | | | |
| 213. NP Nashua LLC | | | | | | | | | |
| 214. NP Fairhaven LLC | | | | | | | | | |
| 215. NP Hanson LLC | | | | | | | | | |
| 216. NP Portfolio Account LLC | | | | | | | | | |
| 217. NPS2 LLC | | | | | | | | | |
| 218. Execwest LLC | | | | | | | | | |
| 219. P&A Multi Sector Fund | | | | | Sold | 01/16 | M | | |
| 220. P&A Diversified Mgrs Fund | | | | | Sold | 01/16 | N | | |
| 221. | | | | | | | | | |

1. Income Gain Codes.        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000       M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes        Q = Appraisal            R =Cost (Real Estate Only)  S - Assessment            T =Cash Market
(See Column C2)              U = Book Value           V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Citibank money market account | A | Interest | J | T | | | | | |
| 223. Citibank checking account | | None | J | T | | | | | |
| 224. JPMorgan Chase checking account | | None | J | T | | | | | |
| 225. | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B $1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K $15,001 - $50,000 | L =$50,001 - $100,000 | M $100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q Appraisal | R Cost (Real Estate Only) | S =Assessment | T Cash Market | |
| | U =Book Value | V Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investements and Trusts

(a) = This is a money market type fund with shares remaining at a constant value of $1.00. Purchases and sales, with no gain or loss, were made throughout the year.

(b) = Income beneficiary only.

(d) = Wal Mart purchased on 08/01/2008 was mistakenly omitted from the 2008 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544